In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY
Debtor

Case No. ____________
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.5.5-801 - 32296-101X-***** 

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY
Debtor

Case No. 11-55853
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT | J | 40.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 2 TV'S, DVD PLAYER, COMPUTER, LAPTOP, 1 PRINTER, VIDEO CAMERA, CAMERA | J | 300.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING FOR 2 ADULTS & 1 CHILD | J | 300.00 |
| 7. Furs and jewelry. | | WEDDING RINGS | J | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY
Debtor

Case No. 11-55853
(If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | ESTIMATED INCOME TAX REFUND | J | 3,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1991 CHEVROLET CAPRICE | H | 900.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 1 COMPUTER DESK, 1 COMPUTER CHAIR | J | 80.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 1-800-998-2424

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. 11-55853 (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 1 CAT | W | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | MOBILE HOME 1984 REDMOND, HIGHLAND HILLS ESTATES, NOVI, MI | J | 900.00 |

0 continuation sheets attached Total $ 5,620.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re RICHARD M. ANDRY, Debtor — Case No. 11-55853 (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2 TV'S, DVD PLAYER, COMPUTER, ETC. | 11 USC 522(d)(3) | 150.00 | 150.00 |
| CLOTHING | 11 USC 522(d)(3) | 150.00 | 150.00 |
| WEDDING RINGS | 11 USC 522(d)(4) | 50.00 | 50.00 |
| EST. INCOME TAX REFUND | 11 USC 522(d)(5) | 1,500.00 | 1,500.00 |
| CHECKING ACCOUNT | 11 USC 522(d)(5) | 20.00 | 20.00 |
| 1991 CHEVROLET CAPRICE | 11 USC 522(d)(2) | 900.00 | 900.00 |
| 1 COMPUTER DESK, 1 COMPUTER CHAIR | 11 USC 522(d)(3) | 40.00 | 40.00 |
| MOBILE HOME 1984 REDMOND | 11 USC 522(d)(1) | 450.00 | 450.00 |

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re TABATHA CHRISTY ANDRY, Debtor

Case No. 11-55853 (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
*(Check one box)*
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2 TV'S, DVD PLAYER, COMPUTER, ETC. | 11 USC 522(d)(3) | 150.00 | 150.00 |
| CLOTHING | 11 USC 522(d)(3) | 150.00 | 150.00 |
| WEDDING RINGS | 11 USC 522(d)(4) | 50.00 | 50.00 |
| EST. INCOME TAX REFUND | 11 USC 522(d)(5) | 1,500.00 | 1,500.00 |
| CHECKING ACCOUNT | 11 USC 522(d)(5) | 20.00 | 20.00 |
| | | | |
| 1 COMPUTER DESK, 1 COMPUTER CHAIR | 11 USC 522(d)(3) | 40.00 | 40.00 |
| MOBILE HOME 1984 REDMOND | 11 USC 522(d)(1) | 450.00 | 450.00 |
| | | | |
| | | | |
| | | | |

* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ______________ (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

0 continuation sheets attached

| | AMOUNT OF CLAIM | UNSECURED PORTION |
|---|---|---|
| Subtotal ➤ (Total of this page) | $ 0.00 | $ 0.00 |
| Total ➤ (Use only on last page) | $ 0.00 | $ 0.00 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-765 - 31232-301X-3008

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor    Case No. ______ (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ____________ (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

** Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

2 **continuation sheets attached**

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Case No. ____________
Debtor (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ......9765, 9766<br>GENERAL REVENUE<br>325 DANIEL ZENKER DR.<br>HORSE HEAD, NY 14845 | | H | Consideration:<br>STUDENT LOAN | | | | 8,185.62 | 8,185.62 | 0.00 |
| ACCOUNT NO. ...3744<br>GENESIS LENDING<br>8705 SW NIMBUS AVE. #3<br>BEAVERTON, OR 97008 | X | H | Incurred: 09/01/08<br>Consideration:<br>STUDENT LOAN | | | | 8,581.83 | 8,581.83 | 0.00 |
| ACCOUNT NO. ...8581<br>GREAT LAKES<br>PO BOX 530229<br>ATLANTA, GA 30353 | | W | Incurred: 2010<br>Consideration:<br>STUDENT LOAN | | | | 9,800.00 | 9,800.00 | 0.00 |
| ACCOUNT NO. ...1577<br>GREAT LAKES<br>PO BOX 530229<br>ATLANTA, GA 30353 | | W | Consideration:<br>STUDENT LOAN | | | | 3,500.00 | 3,500.00 | 0.00 |
| Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal (Totals of this page) | | | | $ 30,067.45 | $ 30,067.45 | $ 0.00 |
| | | | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | | | | $ | | |
| | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.

B6E (Official Form 6E) (04/10) - Cont

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ____________ (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet) Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...7927<br>MICHIGAN GUARANTY AGENCY<br>C/O SALLIE MAE POST CLAIM ASSISTANCE<br>PO BOX 9460<br>WILKES-BARRE, PA 18773-9460 | | W | Consideration: COLLECTION AGENT FOR GENERAL REVENUE | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. UNKNOWN<br>SALLIE MAE<br>PO BOX 9635<br>WILKES BARRE, PA 18773 | | H | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. ...2010<br>SALLIE MAE<br>PO BOX 9635<br>WILKES BARRE, PA 18773 | | W | Incurred: 2011<br>Consideration: STUDEN T LOAN | | | | 95.00 | 95.00 | 0.00 |
| ACCOUNT NO. ...2010<br>U.S. DEPT. OF EDUCATION<br>2401 INTERNATIONAL LN.<br>MADISON, WI 18773 | | W | | | | | 2,500.00 | 0.00 | 2,500.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Amount of claim | Amount entitled to priority | Amount not entitled to priority |
|---|---|---|---|
| Subtotal ➤ (Totals of this page) | $ 2,595.00 | $ | $ |
| Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 32,662.45 | | |
| Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 30,162.45 | $ 2,500.00 |

B6F (Official Form 6F) (12/07)

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ____________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ALLSTATE CREDIT BUREAU<br>19315 W. TEN MILE RD.<br>SOUTHFIELD, MI 48075 | | W | Incurred: 10/1/2010<br>Consideration: RENT FOR LAKETREE APARTMENTS | | | | 1,900.00 |
| ACCOUNT NO.<br>AMERICAN CREDIT ASSOC.<br>33060 NORTHWESTERN HWY.,<br>WEST BLOOMFIELD, MI 48322 | | W | Incurred: 08/1/2009<br>Consideration: Medical Services | | | | 108.00 |
| ACCOUNT NO. ...3320<br>AMERICAS BEST<br>PO BOX 1202<br>OAKS, PA 19456 | | W | Incurred: 3/21/08<br>Consideration: Medical Services | | | | 200.00 |
| ACCOUNT NO. ...9280<br>BABIES R US<br>PO BOX 03897<br>TUSCALOOSA, AL 35403 | | J | Incurred: 1/2008<br>Consideration: Credit card debt | | | | 158.78 |

14 continuation sheets attached

Subtotal ➤ $ 2,366.78

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ______________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...04-40<br>BINSONS<br>26834 LAWRENCE<br>CENTERLINE, MI 48015 | | W | Incurred: 2007<br>Consideration: MEDICAL EQUIPMENT | | | | 108.46 |
| ACCOUNT NO. ...8554<br>CAPITAL MANAGEMENT<br>726 EXCHANGE ST. #700<br>BUFFALO, NY 14210 | | W | Incurred: 2005<br>Consideration: Credit card debt | | | | 1,444.37 |
| ACCOUNT NO. ...5529<br>CAPITAL ONE<br>C/O CAPITAL MGMT.<br>726 EXCHANGE ST., #700<br>BUFFALO, NY 14210 | | H | Incurred: 1/2009<br>Consideration: Credit card debt | | | | 1,380.00 |
| ACCOUNT NO. ...9457<br>CERTEGY PAYMENT<br>3500 5TH STREET<br>NORTHPORT, AL 35476 | | J | Incurred: 2008<br>Consideration: Credit card debt | | | | 158.74 |
| ACCOUNT NO. ...0795<br>CHASE BANK<br>C/O ASSET ACCEPTANCE<br>PO BOX 2036<br>WARREN, MI 48090 | | W | Incurred: 5/1/2010<br>Consideration: Credit card debt | | | | 5,185.57 |

Sheet no. 1 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 8,277.14

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...9084<br>CHASE BANK<br>PO BOX 15298<br>WILMINGTON, DE 19850 | | W | Incurred: 2006<br>Consideration: Credit card debt | | | | 5,185.00 |
| ACCOUNT NO. ...8977<br>CHASE OH -1188<br>340 S. CLWEVELAND #370<br>WESTERVILLE, OH 43081 | | W | | | | | 178.28 |
| ACCOUNT NO. ...7324<br>CHRYSLER FINANCIAL<br>C/O CFC DEFICIENCY RECOVERY<br>PO BOX 9001865<br>LOUISVILLE, KY 40290 | | W | Incurred: 2005<br>Consideration: REPOSSESSED CAR | | | | 3,547.00 |
| ACCOUNT NO. ...1339<br>CLARKSTON MEDICAL<br>5701 BOW POINTE DR., #100<br>CLARKSTON, MI 484346 | | W | Consideration: Medical Services | | | | 40.00 |
| ACCOUNT NO. ...<br>CLARKSTON MEDICAL<br>C/O ACCURANT ACCOUNT SOLUTIONS<br>PO BOX 244<br>CLARKSTON, MI 48348 | | W | Incurred: 7/22/09<br>Consideration: Medical Services | | | | 90.00 |

Sheet no. 2 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 9,040.28

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Case No. ____________
Debtor (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...1172<br>COLLECTION RECOVERY BUREAU<br>5834 MONREO ST., STE. A-142<br>SYLVANIA, OH 43560 | | H | Incurred: 11/20/2008<br>Consideration: ON LINE CHARGE ME LATER | | | | 117.00 |
| ACCOUNT NO. ...6468<br>COMCAST<br>C/O CREDIT PROTECTIONA SSOC.<br>ONE GALLERIA TOWER<br>13355 NOEL RD.<br>DALLAS, TX 75240 | | H | Incurred: 10/1/2010<br>Consideration: CABLE | | | | 130.92 |
| ACCOUNT NO. ...<br>DARRELL R. BANKS<br>617 S. CAPITOL AVE.<br>LANSING, MI 48933 | | W | Incurred: 2005<br>Consideration: Credit card debt | | | | 1,512.26 |
| ACCOUNT NO. ...9952<br>DELL FINANCIAL SERVICES<br>ONE DELL WAY<br>MAIL SPOT PS2DF24<br>ROUND ROCK, TX 78682 | | W | Consideration: Credit card debt | | | | 601.00 |
| ACCOUNT NO. ...8581<br>DEPT. OF EDUCATION<br>PO BOX 530229<br>ATLLANTA, GA 30353 | | W | | | | | 9,800.00 |

Sheet no. 3 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 12,161.18

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ____________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...6424<br>DISCOUNT TIRE<br>GE MONEY BANK<br>PO BOX 981439<br>EL PASO, TX 79998 | | W | Consideration: Automobile repairs/service | | | | 1,350.00 |
| ACCOUNT NO. ...7763<br>DISCOUNT TIRE/GE MONEY<br>C/O ARROW FINANCIAL<br>5996 W. TOUHY AVE.<br>NILES, IL 60714 | | W | Incurred: 10/1/2008<br>Consideration: Automobile repairs/service | | | | 1,512.26 |
| ACCOUNT NO. ...0012<br>DTE ENERGY<br>1 ENERGY PLZ. WCB2106<br>DETROIT, MI 48226 | | W | Incurred: 2007<br>Consideration: UTILITY BILL | | | | 217.99 |
| ACCOUNT NO. ...4978<br>EASTPONTE RADIOLOGY<br>36175 HARPER AVE.<br>CLINTON TWP., MI 48035 | | H | Incurred: 2007<br>Consideration: Medical Services | | | | 46.00 |
| ACCOUNT NO. ...8124<br>ELIZABETH MARTIN<br>PO BOX 1448<br>BIRMINGHAM, MI 48012 | | W | Incurred: 10/10<br>Consideration: RENT FOR LAKETREE APARTMENTS | | | | 2,000.00 |

Sheet no. 4 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 5,126.25

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ______________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...<br>ENCHANCED RECOVERY<br>8014 BAYBERRY ROAD<br>JACKSONVILLE, FL 32256 | | W | | | | | 2,528.10 |
| ACCOUNT NO. ...8-1-99<br>EXPRESSION DENTAL<br>C/O IC SYSTEMS<br>PO BOX 64378<br>ST. PAUL, MN 55164 | | W | Incurred: 2009<br>Consideration: Medical Services | | | | 238.10 |
| ACCOUNT NO. ...7406<br>FIDELING BARACEROS<br>43750 WOODWARD AVE. #104<br>BLOOMFIELD HILLS, MI 48302 | | W | Incurred: 1/21/2011<br>Consideration: Medical Services | | | | 200.00 |
| ACCOUNT NO. ...4249<br>FIRST FEDERAL CREDIT UNION<br>24700 CHAGRIN BLVD. #2<br>CLEVELAND, OH 44122 | | W | Incurred: 2009<br>Consideration: Medical Services | | | | 40.00 |
| ACCOUNT NO. ...4219<br>FIRST FEDERAL CREDIT UNION<br>24700 CHAGRIN BLVD. #2<br>CLEVELAND, OH 44122 | | W | Incurred: 2009<br>Consideration: Medical Services | | | | 134.64 |

Sheet no. 5 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 3,140.84

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ____________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...<br>GENERAL REVENUE<br>MICHIGAN GUARANTEE AGENCY<br>325 DANIEL ZENKER DR.<br>HORSE HEADS, NY 14845 | | | | | | | 8,185.62 |
| ACCOUNT NO. ...3744<br>GENESIS FINANCIAL<br>8705 SW MIMBUS AVE. #3<br>BEAVERTON, OR 97008 | | H | Incurred: 9/1/2008 | | | | 8,581.83 |
| ACCOUNT NO. ...1618<br>INDEPENDENT EMERGENCY PHYS.<br>C/O MONEY RECOVERY NATIONWIDE<br>801 S. WAVERLY RD. #100<br>LANSING, MI 48917 | | H | Incurred: 12/2010<br>Consideration: Medical Services | | | | 2,000.00 |
| ACCOUNT NO. ...2542<br>INDEPENDENT EMERGENCY PHYSICIANS<br>PO BOX 672363<br>DETROIT, MI 48267-2363 | | W | Incurred: 4/12/2011<br>Consideration: Medical Services | | | | 264.00 |
| ACCOUNT NO.<br>KILLINGER & VANDERDECK<br>998 CRESCENT LK. RD.<br>WATERFORD, MI 48327 | | W | Incurred: 3/28/21008<br>Consideration: Medical Services | | | | 40.00 |

Sheet no. 6 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 19,071.45

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ________________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...9-235<br>LAKETREE APARTMENTS<br>24700 W. 12 MILE RD.<br>SOUTHFIELD, MI 48034 | | W | Incurred: 10/2010<br>Consideration: RENT | | | | 2,000.00 |
| ACCOUNT NO.<br>LEAN SPA<br>181 MARSH HILL RD.<br>ORANGE, CT 06477 | | W | Incurred: 2011<br>Consideration: ON-LINE WEIGHT LOSS | | | | 200.00 |
| ACCOUNT NO. ..803<br>MATCHMAKER<br>C/O MONTERY COLLECTIONS<br>4095 AVENIDA DE LA<br>OCEANSIDE, CA 92056 | | H | Incurred: 10/28/2005 | | | | 1,730.00 |
| ACCOUNT NO. ...7396<br>MI HEALTHCARE INC.<br>PO BOX 2889<br>COLUMBUS, OH 43216 | | W | Incurred: 8/25/2007<br>Consideration: Medical Services | | | | 50.00 |
| ACCOUNT NO. ...3330<br>MICHIGAN EAR NOSE THROATE<br>44200 WOODWARD #201<br>PONTIAC, MI 148341 | | H | Consideration: Medical Services | | | | 385.00 |

Sheet no. 7 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 4,365.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ______________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...8212<br>MQC COLLECTION SERVICE<br>PO BOX 140250<br>TOLEDO, OH 43614 | | W | | | | | 120.00 |
| ACCOUNT NO. ...3142<br>N. OAKLAND ASC<br>1305 N. OAKLAND BLVD.<br>WATERFORD, MI 48327 | | W | Incurred: 2009<br>Consideration: Medical Services | | | | 134.76 |
| ACCOUNT NO. ...1169<br>NCC BUSINESS<br>PO BOX 24739<br>JACKSONVILLE, FL 32241 | | | | | | | 418.75 |
| ACCOUNT NO. ...6198<br>NCO FINANCIAL<br>PO BOX 15081<br>WILMINGTON, DE 198850 | | W | | | | | 3,502.99 |
| ACCOUNT NO. ...9658<br>NOMC<br>8198 RELIABLE PKWY.<br>CHICAGO, IL 606876 | | W | Consideration: Medical Services | | | | 34.26 |

Sheet no. 8 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 4,210.76

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ______________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...366<br>NORTH WEST PATHOLOGY<br>C/O MID MICHIGAN COLLECTIONS<br>117 E. WALKER<br>SAINT JOHNS, MI 48879 | | H | Incurred: 2/5/08<br>Consideration: Medical Services | | | | 84.00 |
| ACCOUNT NO. ...9232<br>OLD NAVY / GEMB<br>PO BOX 981400<br>EL PASO, TX 79998 | | W | Incurred: 2006<br>Consideration: Credit card debt | | | | 700.00 |
| ACCOUNT NO. ...9232<br>OLD NAVY / LVNV FUNDING, LLC<br>PO BOX 740281<br>HOUSTON, TX 77274 | | W | Incurred: 6/9/2007<br>Consideration: Credit card debt | | | | 622.28 |
| ACCOUNT NO. ...7748<br>PLAINS COMMERCE BANK<br>C/O ARROW FINANCIAL SERVICE<br>5996 W. TOUHY AVE.<br>NILES, IL 60714 | | H | Incurred: 3/1/2008<br>Consideration: Credit card debt | | | | 165.14 |
| ACCOUNT NO. ...1065<br>PROGRESSIVE INSURANCE<br>C/O NCO FINANCIAL<br>POA BOX 15636<br>WILMINGTON, DE 19850 | | H | Incurred: 12/1/05 | | | | 91.31 |

Sheet no. 9 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,662.73

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ____________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...9130<br>PROVIDENCE PARK HOSPITAL<br>BOX 773156<br>3156 SOLUTIONS CENTER<br>CHICAGO, IL 0677 | | H | Consideration: Medical Services | | | | 900.00 |
| ACCOUNT NO. ...7970<br>SAFIUL HASAN, MC.<br>4000 HIGHLAND RD., #100<br>WATERFORD, MI 48328 | | W | Consideration: Medical Services | | | | 40.00 |
| ACCOUNT NO. ...<br>SOUTHFIELD RADIOLOGY<br>PO BOX 32532<br>DETROIT, MI 48232 | | H | Consideration: Medical Services | | | | 64.00 |
| ACCOUNT NO. ...0732<br>SPIWIN & CO., INC.<br>PO BOX 630<br>WYANDOTTE, MI 48192 | | W | Consideration: Medical Services | | | | 20.00 |
| ACCOUNT NO. ...<br>SPIWIN COLL.<br>2502 BIDDLE<br>WYANDOPTTE, MI 48192 | | H | Incurred: 8/14/2008<br>Consideration: Medical Services | | | | 232.00 |

Sheet no. 10 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,256.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-761 - 31200-302X-3228

B6F (Official Form 6F) (12/07) - Cont.

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ______________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...7563<br>SPRINT<br>C/O ER SOLUTIONS<br>800 SW 39TH ST.<br>RENTON, WA 98057 | | H | Incurred: 4/1/2008<br>Consideration: PHONE | | | | 1,057.00 |
| ACCOUNT NO.<br>ST. JOHNS PROVIDENCE<br>BOX 773156<br>3156 SOLUTIONS CENTER<br>CHICAGO, IL 60677 | | W | Incurred: 2/2011<br>Consideration: Medical Services | | | | Unknown |
| ACCOUNT NO. ...9012<br>ST. JOSEPH MERCY HOSPITAL<br>C/O EXECUTIVE FINANCIAL<br>PO BOX 1168<br>FLINT, MI 48501 | | W | Incurred: 1/12/2009<br>Consideration: Medical Services | | | | 5.35 |
| ACCOUNT NO. ...9041<br>ST. JOSEPH MERCY HOSPITAL<br>C/O EXECUTIVE FINANCIAL<br>PO BOX 1168<br>FLINT, MI 48501 | | W | Incurred: 2/10/2009<br>Consideration: Medical Services | | | | 100.00 |
| ACCOUNT NO. ...9243<br>ST. JOSEPH MERCY HOSPITAL<br>C/O EXECUTIVE FINANCIAL<br>PO BOX 1168<br>FLINT, MI 48501 | | W | Incurred: 8/31/09<br>Consideration: Medical Services | | | | 100.00 |

Sheet no. 11 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,262.35

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.5.9-766 - 32846-301X-**

B6F (Official Form 6F) (12/07) - Cont.

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ______________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...9257<br>ST. JOSEPH MERCY HOSPITAL<br>C/O EXECUTIVE FINANCIAL<br>PO BOX 1168<br>FLINT, MI 48501 | | W | Incurred: 6/19/2009<br>Consideration: Medical Services | | | | 100.00 |
| ACCOUNT NO. ...9180<br>ST. JOSEPH MERCY HOSPITAL<br>C/O EXECUTIVE FINANCIAL<br>PO BOX 1168<br>FLINT, MI 48501 | | W | Incurred: 6/29/09<br>Consideration: Medical Services | | | | 100.00 |
| ACCOUNT NO. ...9328<br>ST. JOSEPH MERCY HOSPITAL<br>C/O EXECUTIVE FINANCIAL<br>PO BOX 1168<br>FLINT, MI 48501 | | W | Incurred: 11/24/2009<br>Consideration: Medical Services | | | | 100.00 |
| ACCOUNT NO. ...9248<br>ST. JOSEPH MERCY HOSPITAL<br>C/O EXECUTIVE FINANCIAL<br>PO BOX 1168<br>FLINT, MI 48501 | | W | Incurred: 8/31/09<br>Consideration: Medical Services | | | | 29.53 |
| ACCOUNT NO. ...6732<br>ST. JOSEPH MERCY HOSPTIAL<br>DEPT. CH 10288<br>PALATINE, IL 60055 | | W | Consideration: Medical Services | | | | Unknown |

Sheet no. 12 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 329.53

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ______ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...4388<br>ST. JOSEPH MERCY HOSPTIAL<br>DEPT. CH 10288<br>PALATINE, IL 60055 | | W | Consideration: Medical Services | | | | Unknown |
| ACCOUNT NO. ...9236<br>ST. JOSEPH MERCY OAKLAND<br>C/O EXECUTIVE FINANCIAL<br>PO BOX 1168<br>FLINT, MI 48501 | | H | Incurred: 8/24/09<br>Consideration: Medical Services | | | | 72.84 |
| ACCOUNT NO. ...9329<br>ST. JOSEPH MERCY OAKLAND<br>C/O EXECUTIVE FINANCIAL<br>PO BOX 1168<br>FLINT, MI 48501 | | H | Incurred: 11/25/2009<br>Consideration: Medical Services | | | | 71.37 |
| ACCOUNT NO.<br>TAMPATI-SPIWIN<br>143 MAPLE ST.<br>WYANDOTTE, MI 48192 | | W | Incurred: 11/22/08 | | | | 20.00 |
| ACCOUNT NO. ...0039<br>TRS RECOVERY SERVICE<br>PO BOX 60022<br>CITY OF INDUSTRY, CA<br>91716-0022 | | J | Consideration: Credit card debt | | | | 25.00 |

Sheet no. 13 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 189.21

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY, Debtor

Case No. ________________ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...0001<br>VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMFINGTON, IL 61702 | | W | Consideration: PHONE BILL | | | | 592.94 |
| ACCOUNT NO. ...0960<br>WATERFORD FAMILY<br>6620 HIGHLAND ROAD #101<br>WATERFORD, MI 484327 | | W | Consideration: Medical Services | | | | 100.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 14 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 692.94

Total ➤ $ 73,152.44

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-761 - 31290-301X-3025

B6G (Official Form 6G) (12/07)

In re: RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY
Debtor

Case No. ______________
(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HIGHLAND HILLS ESTATES<br>25600 SEELEY RD.<br>NOVI, MI 48375 | CURRENT RESIDENCE, MOBILE HOME LOT RENT |
| | |
| | |
| | |
| | |
| | |
| | |

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY Case No. ______________
Debtor (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| KATHRYN LINDA ANDRY WEDDLE<br>827 S. PEMBERTON RD.<br>BLOOMFIELD HILLS, MI 48302 | GENESIS LENDING<br>8705 SW NIMBUS AVE. #3<br>BEAVERTON, OR 97008 |
| KATHRYN LINDA ANDRY WEDDLE<br>827 S. PEMBERTON RD.<br>BLOOMFIELD HILLS, MI 48302 | GENESIS FINANCIAL<br>8705 SW MIMBUS AVE. #3<br>BEAVERTON, OR 97008 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-755 - 31290-301X-3273

B6I (Official Form 6I) (12/07)

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY
Debtor

Case ______________ (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): CHILD | AGE(S): 2 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | LAWN CARE SPECIALIST | UNEMPLOYED |
| Name of Employer | D&B GREENER | |
| How long employed | 10 MONTHS | |
| Address of Employer | 13222 MERRIMAN RD. | |
| | LIVONIA, MI 48150 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 2,080.00 | $ 0.00 |
| 2. Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 2,080.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 315.28 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify: (D)UNIFORMS ) | $ 33.58 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 348.86 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,731.14 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) (S)UNEMPLOYMENT | $ 0.00 | $ 1,010.76 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) (S)FOOD STAMPS & WIC | $ 0.00 | $ 220.00 |
| (S)MEDICAID SPEND DOWN | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 1,230.76 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 1,731.14 | $ 1,230.76 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | $ 2,961.90 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

None

B6J (Official Form 6J) (12/07)

In re RICHARD MICHAEL ANDRY & TAHATHA CHRISTY ANDRY
Debtor

Case No. 11-55853
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 529.00 |
| a. Are real estate taxes included? Yes ✓ No ___ | |
| b. Is property insurance included? Yes ___ No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $ 240.00 |
| b. Water and sewer | $ 80.00 |
| c. Telephone | $ 100.00 |
| d. Other GARBAGE & INTERNET | $ 70.00 |
| 3. Home maintenance (repairs and upkeep) | $ 200.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 60.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 200.00 |
| 8. Transportation (not including car payments) | $ 550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 10.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 100.00 |
| e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 125.00 |
| b. Other | $ 0.00 |
| c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other CIGARETTES | $ 220.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 3,134.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
None

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $1,230.76. See Schedule I) | $ 2,961.90 |
| b. Average monthly expenses from Line 18 above | $ 3,134.00 |
| c. Monthly net income (a. minus b.) (Net includes Debtor/Spouse combined Amounts) | $ -172.10 |

In re RICHARD MICHAEL ANDRY & TABATHA CHRISTY ANDRY
Debtor

Case No. ______________
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 31 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 6-17-11 Signature: /s/ Richard M. Andry
Debtor

Date 6-17-11 Signature: /s/ Tabatha C. Andry
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X ______________
Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ______________ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the ______________ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ______ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date ______________ Signature: ______________

[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.